UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-198M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| VLADIMIR REGALADO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

Transportation of Child Pornography

<u>Date of hearing:</u>   April 28, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   The defendant is charged with violation of Title 18, United States Code, Section

2252A(a)(1).  There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

  (2) Defendant is a citizen of Canada.  His criminal record includes a prior Canadian conviction for Invitation to Sexual Touching, which the AUSA proffers is a child sexual offense.  His criminal history includes prior sexual assault charges that were dismissed, and several placed in "stay of proceedings" status.

  (3) Taken as a whole, the record does not effectively rebut the presumption that no condition nor combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

  (4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

  (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

  (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

  (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of

01       an appearance in connection with a court proceeding; and

02 (4)     The clerk shall direct copies of this Order to counsel for the United States, to

03       counsel for the defendant, to the United States Marshal, and to the United States

04       Pretrial Services Officer.

05 DATED this <u>1st</u> day of May, 2006.

                                                                 /s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 3