The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR06-175MJP |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | MOTION TO CONTINUE |
| ) | TRIAL DATE |
| VLADAMIR REGALADO, ) | |
| Defendant. ) | |
| _____) | |

This matter comes before the Court on the stipulated motion of the parties to continue the trial date, currently set for July 31, 2006.  The Court, having reviewed the motion, and being otherwise fully advised, finds and rules as follows:

The parties have pursued discovery and trial preparation in a diligent fashion. However, as set forth in the stipulated motion, and due to the volume and nature of the materials involved, the discovery process is not complete, and will likely not be complete until shortly before the current trial date.  Additional time is necessary to complete discovery in an orderly fashion, and to permit adequate trial preparation.

In addition, trial counsel for both parties have pre-existing conflicts that will further interfere with completing discovery and trial preparation.

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE - 1
(*U. S. v. Regalado*, CR06-175MJP)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    Based on these facts, the Court finds that a failure to grant the requested
2  continuance would deny Defendant continuity of counsel and/or reasonable time for
3  effective preparation, taking into account the exercise of due diligence, within the
4  meaning of 18 U.S.C. §3161(h)(8)(B)(iv).  The Court also finds that the ends of justice
5  will be served by continuing the trial date and that a continuance is necessary to ensure
6  effective trial preparation, and these factors outweigh the best interests of the defendant
7  and of the public in a more speedy trial within the meaning of 18 U.S.C.
8  § 3161(h)(8)(A).
9    Based on the foregoing, now, therefore,
10   It is hereby ORDERED that the trial date be continued from July 31, 2006, to
11 October 31, 2006.   Pre-trial motions shall be due on September 21, 2006.
12   It is further ORDERED that the time between July 31, 2006, and the new trial date
13 of October 31, 2006 shall be excluded in the computation of time under the Speedy Trial
14 Act, as this is a reasonable period of delay pursuant to 18 U.S.C. 3161(h).
15   SO ORDERED  this 19th day of July,  2006.

  /S/*Marsha J. Pechman*

  MARSHA J. PECHMAN
  United States District Judge

Presented by:

s/ *Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney
WSBA 21967
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:  (206) 553-2462
Facsimile:  (206) 553-2422
E-mail: vince.lombardi@usdoj.gov

s/ *Timothy R. Lohraff*
TIMOTHY R. LOHRAFF
Assistant Federal Public Defender

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE - 2
(*U. S. v. Regalado*, CR06-175MJP)

1  *(Via telephonic approval)*

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE - 3
(*U. S. v. Regalado*, CR06-175MJP)