JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 06-175 MJP |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| ) | AGREED MOTION TO CONTINUE |
| vs. ) | PRETRIAL MOTIONS FILING DATE |
| ) | AND TRIAL DATE |
| VLADIMIR REGALADO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from October 31, 2006, to January 16, 2007, and that the due date for pretrial motions be extended from September 21,

(PROPOSED) ORDER GRANTING AGREED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Vladimir Regalado*; #06-175MJP)         1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1  2006, to November 18, 2006.

2  IT IS FURTHER ORDERED that the period of time from the current trial date of October 31, 2006, up to and including the new proposed trial date of January 16, 2007, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

DONE this 3rd day of October, 2006.

*/S/Marsha J. Pechman*
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Timothy R. Lohraff
WSBA # 32145
Attorney for Vladimir Regalado
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:   (206) 553-1100
Fax:      (206) 553-0120
tim_lohraff@fd.org

s/ Vincent Lombardi
Assistant United States Attorney
*Via E-Mail Approval*

(PROPOSED) ORDER GRANTING AGREED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Vladimir Regalado*; #06-175MJP)          2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**