The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VLADIMIR REGALADO, ) <br> ) <br> Defendant. ) <br> ) | CASE No. CR06-175MJP <br><br> ORDER GRANTING <br> MOTION TO CONTINUE TRIAL <br> DATE |

This matter comes before the Court on the stipulated motion of the parties to continue the trial date, currently set for January 16, 2007. The Court, having reviewed the motion, and being otherwise fully advised, finds and rules as follows:

The parties have pursued discovery and trial preparation in a diligent fashion. However, defense counsel Tim Lohraff was recently granted leave to withdraw, and defense counsel Jeff Coopersmith was appointed in his place. Additional time is necessary to complete discovery in an orderly fashion, and to permit new counsel adequate time to review the materials and prepare for trial.

Based on these facts, the Court finds that a failure to grant the requested continuance would deny Defendant continuity of counsel and/or a reasonable time for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. §3161(h)(8)(B)(iv). The Court also finds that the ends of justice will be served by continuing the trial date and that a continuance is necessary to ensure effective trial preparation, and these factors outweigh the best interests of the defendant and of the public in a more speedy trial, within the meaning of 18 U.S.C. §3161(h)(8)(A).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE – 1
(REGALADO, CR06-175MJP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1     Based on the foregoing, now, therefore, it is hereby

2     ORDERED that the trial date be continued from January 16, 2007 to April 2,

3 2007. Pre-trial motions shall be due on <u>February 23, 2007</u>.

4     It is further ORDERED that the time between the present date and April 2, 2007,

5 shall be excluded in the computation of time under the Speedy Trial Act, as this is a

6 reasonable period of delay pursuant to 18 U.S.C. 3161(h).

7     SO ORDERED this 14th day of December, 2006.

                                              /S/Marsha J. Pechman
                                              THE HONORABLE MARSHA J. PECHMAN
                                              United States District Judge

Presented by:

s/ *Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney
WSBA 21967
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-2462
Facsimile: (206) 553-2422
E-mail: vince.lombardi@usdoj.gov

Approved as to form,
notice of presentation waived,

DLA Piper Rudnick

s/ *Jeff Coopersmith*
JEFF COOPERSMITH
Attorney for Defendant
WSBA # 30954
701 Fifth Avenue, Suite 7000
Seattle, WA 98104
Fax: 206-839-4801
Phone: 206-839-4847
E-mail: jeff.coopersmith@dlapiper.com

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE – 2
(REGALADO, CR06-175MJP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970